THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST; BOARD OF TRUSTEES OF THE DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; BOARD OF TRUSTEES OF THE PAINTERS AND ALLIED TRADES LABOR MANAGEMENT COOPERATION INITIATIVE; WESTERN WASHINGTON SIGNATORY PAINTING EMPLOYERS ASSOCIATION; and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 5, <br><br> Plaintiffs, <br><br> vs. <br><br> CHAMPION PAINTING SPECIALTY SERVICES CORP, a Florida corporation; CARLOS HERNANDEZ, an individual; BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY, a Nebraska corporation; OLD REPUBLIC SURETY COMPANY, a Wisconsin corporation; LIBERTY MUTUAL INSURANCE | CASE NO.: 2:21-cv-00858-MJP <br><br> **FIRST STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND INITIAL SCHEDULING DATES** <br><br> **NOTE ON MOTION CALENDAR:** <br> **August 31, 2021** |

FIRST STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND INITIAL SCHEDULING DATES
Case No. 2:21-cv-00858

Page 1

CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave., Las Vegas, NV 89117
THE URBAN LAW FIRM
720 N. 10th Street, A #389, Renton, WA 98057
P. (702) 255-1718
wes@cjmlv.com
murban@theurbanlawfirm.com
*Counsel for the Plaintiffs*

COMPANY, a Massachusetts corporation; WASHINGTON STATE DEPARTMENT OF TRANSPORTATION, a political subdivision of the State of Washington; ROGNLIN'S, INC., a Washington corporation; DOES & ROES I-X,

Defendants.

Plaintiffs Board of Trustees of the Employee Painters' Trust, *et al.*, acting by and through their Counsel, Christensen James & Martin, and Defendants Champion Painting Specialty Services Corp and Carlos Hernandez, acting by and through their Counsel, Fox Rothschild, LLP, hereby stipulate and agree as follows:

1. The Complaint in this matter was filed on June 25, 2021 [ECF No. 1].

2. Immediately after filing the Complaint, Counsel for Plaintiffs and Defendants Champion Painting Specialty Services Corp and Carlos Hernandez engaged in extended settlement discussions.

3. The Plaintiffs held issuance of summons and service of process on all Defendants to allow time for the settlement discussions to progress and avoid unnecessary fees and costs in this matter.

4. Settlement discussions were delayed in part due to impacts from COVID-19 on Defendants' management team.

5. On July 26, 2021, the Court issued its Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement [ECF No. 3] ("Initial Scheduling Order"), setting the following dates for initial disclosure and submission of the Joint Status Report and Discovery Plan:

   i. Deadline for FRCP 26(f) Conference: 8/23/2021;

   ii. Initial Disclosures Pursuant to FRCP 26(a)(1): 8/30/2021; and

FIRST STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND INITIAL SCHEDULING DATES
Case No. 2:21-cv-00858

Page 2

CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave., Las Vegas, NV 89117
THE URBAN LAW FIRM
720 N. 10th Street, A #389, Renton, WA 98057
P. (702) 255-1718
wes@cjmlv.com
murban@theurbanlawfirm.com
*Counsel for the Plaintiffs*

1     iii.   Combined Joint Status Report and Discovery Plan as Required by FRCP
2     26(f) and Local Civil Rule 26(f): 9/7/2021.

3     6.   A copy of the Initial Scheduling Order was provided to counsel for Defendants
4  Champion Painting Specialty Services Corp and Carlos Hernandez by Plaintiffs' counsel on July
5  26, 2021.

6     7.   This matter has not been scheduled for trial and there are no motions currently
7  pending before the Court.

8     8.   To avoid further delay in this matter, the Plaintiffs submitted proposed Summons
9  to the Court on August 27, 2021 [ECF No. 4].

10    9.   Summons were issued as to all Defendants on August 27, 2021 [ECF No. 5].

11    10.  On August 31, 2021, Defendants Champion Painting Specialty Services Corp and
12 Carlos Hernandez accepted service of the Summons and Complaint [ECF No. 6].

13    11.  Plaintiffs are proceeding with service of process on all other Defendants.

14    12.  No Defendants have filed an answer or responsive pleading.

15    13.  Counsel for Plaintiffs and Defendants Champion Painting Specialty Services Corp
16 and Carlos Hernandez are continuing to discuss settlement and believe that settlement may be
17 possible and is in the best interests of all parties;

18    14.  Plaintiffs and Defendants desire to extend the responsive pleading deadline and
19 other deadlines in this matter to allow time for the parties to fully explore settlement before
20 significant fees and costs are incurred.

21    15.  Plaintiffs and Defendants hereby move the Court for an extension of the deadline
22 for Defendants Champion Painting Specialty Services Corp and Carlos Hernandez to answer or
23 otherwise respond to the Complaint to September 30, 2021.

24    16.  Plaintiffs and Defendants propose that the other deadlines set in the Initial
25 Scheduling Order be extended as follows:

FIRST STIPULATED MOTION TO
EXTEND DEADLINE TO RESPOND TO
COMPLAINT AND INITIAL
SCHEDULING DATES
Case No. 2:21-cv-00858

Page 3

CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave., Las Vegas, NV 89117
THE URBAN LAW FIRM
720 N. 10th Street, A #389, Renton, WA 98057
P. (702) 255-1718
wes@cjmlv.com
murban@theurbanlawfirm.com
*Counsel for the Plaintiffs*

     a.     Deadline for FRCP 26(f) Conference: 10/22/2021;

     b.     Initial Disclosures Pursuant to FRCP 26(a)(1): 10/29/2021; and

     c.     Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): 11/5/2021.

17.    This is the first request for an extension of time to file responsive pleadings or for any case deadlines and is not requested to cause delay or for any other improper purpose.

DATED this 31st day of August, 2021.

CHRISTENSEN JAMES & MARTIN
By: */s/ Wesley J. Smith*
Wesley J. Smith, WSBA # 51934
7440 W. Sahara Ave.
Las Vegas, NV 89117
T: (702) 255-1718
wes@cjmlv.com
*Counsel for Plaintiffs Board of Trustees of the Employee Painters' Trust, et al.*

FOX ROTHSCHILD LLP
By: */s/ Mary DePaolo Haddad*
Mary DePaolo Haddad, WSBA #30604
1001 4th Ave Ste 4500
Seattle, WA 98154
T: (206) 389-1601
mhaddad@foxrothschild.com
*Counsel for Defendants Champion Painting Specialty Services Corp and Carlos Hernandez*

**IT IS SO ORDERED.**

Marsha J. Pechman
United States Senior District Judge

Dated: September 1, 2021

FIRST STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND INITIAL SCHEDULING DATES
Case No. 2:21-cv-00858

Page 4

CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave., Las Vegas, NV 89117
THE URBAN LAW FIRM
720 N. 10th Street, A #389, Renton, WA 98057
P. (702) 255-1718
wes@cjmlv.com
murban@theurbanlawfirm.com
*Counsel for the Plaintiffs*