UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST; BOARD OF TRUSTEES OF THE DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; BOARD OF TRUSTEES OF THE PAINTERS AND ALLIED TRADES LABOR MANAGEMENT COOPERATION INITIATIVE; WESTERN WASHINGTON SIGNATORY PAINTING EMPLOYERS ASSOCIATION; and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 5,<br><br>      Plaintiffs,<br><br> v.<br><br>CHAMPION PAINTING SPECIALTY SERVICES CORP, a Florida corporation; CARLOS HERNANDEZ, an individual; BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY, a Nebraska | NO. 2:21-cv-00858-MJP<br><br>STIPULATION TO EXTEND TIME IN WHICH TO ANSWER AND ORDER<br><br><br>NOTED ON MOTION CALENDAR:<br>November 2, 2012 (Local Rule 7(d)(1)) |

STIPULATION TO EXTEND TIME IN WHICH TO ANSWER
AND ORDER – Page 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1  corporation; OLD REPUBLIC SURETY COMPANY, a Wisconsin corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; WASHINGTON STATE DEPARTMENT OF TRANSPORTATION, a political subdivision of the State of Washington; ROGNLIN'S, INC., a Washington corporation; DOES & ROES I-X,

Defendants.

Plaintiffs by and through their counsel, Christensen James & Martin, and Defendant Old Republic Surety Company submit this Stipulation to Extend the Time Within Which to Answer.

The parties are attempting to resolve certain matters in which may narrow or eliminate issues to the pending litigation. Therefore, the parties agree that it would be appropriate to extend the time within which Defendant Old Republic Surety Company have to answer the Complaint through November 19, 2021.

This is the first request by the parties to extend the time for Defendant Old Republic Surety Company to answer the Complaint.

Dated: November 2, 2021                                    Dated: November 2, 2021

| CHRISTENSEN JAMES & MARTIN | WILLIAMS KASTNER & GIBBS |
|---|---|
| By: /s/ Wesley J. Smtih<br>Wesley J. Smith, Esq.<br>WSBA #51934<br>7440 W. Sahara Ave.<br>Las Vegas, NV 98117<br>P. (702) 255-1718<br>wes@cjmlv.com<br>Counsel for Plaintiffs | By: /s/ Paul K. Friedrich<br>Paul K. Friedrich, Esq.<br>WSBA #43080<br>601 Union Street, Suite 4100<br>Seattle, WA 98101<br>P. (206) 628-6600<br>pfriedrich@williamskastner.com<br>Counsel for Defendant<br>Old Republic Surety Company |

**IT IS SO ORDERED**

Dated: November 2, 2021

*[signature]*

United States District Court Judge

**STIPULATION TO EXTEND TIME IN WHICH TO ANSWER AND ORDER – Page 3**

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600