The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST; BOARD OF TRUSTEES OF THE DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; BOARD OF TRUSTEES OF THE PAINTERS AND ALLIED TRADES LABOR MANAGEMENT COOPERATION INITIATIVE; WESTERN WASHINGTON SIGNATORY PAINTING EMPLOYERS ASSOCIATION; AND INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 5,<br><br>Plaintiffs,<br><br>v.<br><br>CHAMPION PAINTING SPECIALTY SERVICES CORP., a Florida Corporation; CARLOS HERNANDEZ, an individual; BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY, a Nebraska Corporation; OLD REPUBLIC SURETY | Case No. 2:21-CV-00858-MJP<br><br>**FIRST STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY TO RESPOND TO COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR:**<br>November 12, 2021 |

CAPTION (2:21-CV-00858-MJP) - 1

126127278
60879124;2
60906548;1

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

| | |
|---|---|
| 1 | COMPANY, a Wisconsin corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; WASHINGTON STATE DEPARTMENT OF TRANSPORTATION, a political subdivision of the State of Washington; ROGNLIN'S, INC., a Washington corporation; DOES & ROES I-X, |
| | Defendants. |

Plaintiffs Board of Trustees of the Employee Painters' Trust, *et al.* (collectively, "**Plaintiffs**"), acting by and through their Counsel, Christensen James & Martin, and Defendant Berkshire Hathaway Specialty Insurance Company ("**Berkshire**"), acting by and through its Counsel, Fox Rothschild, LLP and Akerman, LLP, hereby stipulate and agree as follows:

1. The Complaint in this matter was filed on June 25, 2021 [ECF No. 1].

2. Summonses were issued as to all Defendants on August 27, 2021 [ECF No. 5].

3. On October 22, 2021, the Insurance Commissioner of the State of Washington issued a certificate of acceptance of service with respect to Defendant Berkshire.

4. On November 11, 2021, Fox Rothschild, LLP and Akerman, LLP were engaged to represent Defendant Berkshire.

5. The current deadline for Defendant Berkshire to file a responsive pleading is November 12, 2021.

6. The parties have preliminarily discussed the possibility of settlement, but require additional time for further negotiations.

7. Plaintiffs and Defendant Berkshire agree to extend the deadline for Defendant Berkshire to file a responsive pleading in this matter to allow time for the parties to more fully explore settlement before significant fees and costs are incurred and to respond in good faith to the Complaint, if necessary.

CAPTION (2:21-CV-00858-MJP) - 2

126127278
60879124;2
60906548;1

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

8. Plaintiffs and Defendant Berkshire hereby move the Court for an extension of the deadline for Defendant Berkshire to answer or otherwise respond to the Complaint to November 30, 2021.

9. This matter is scheduled for trial on October 31, 2022, and there are no motions currently pending.

10. This is the first request for an extension of time for Defendant Berkshire to file a responsive pleading and is not requested to cause delay or for any other improper purpose.

DATED this 12 day of November, 2021

| CHRISTENSEN JAMES & MARTIN | FOX ROTHSCHILD LLP |
|---|---|
| By: *s/ Wesley J. Smith*<br>Wesley J. Smith, WSVA # 51934<br>7440 W. Sahara Ave.<br>Las Vegas, NV 89117<br>T: 702.255.1718<br>wes@cjmlv.com<br><br>*Counsel for Plaintiffs Board of Trustees of the Employee Painters' Trust, et al.* | By: *s/ Mary DePaolo Haddad*<br>Mary DePaolo Haddad<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA 98154<br>T: 206.624.3600<br>MHaddad@FoxRothschild.com<br><br>And<br><br>AKERMAN LLP<br><br> *s/ Amy Moor Gaylord*<br>Amy Moor Gaylord, Esq., *pro hac vice pending*<br>71 S. Wacker Drive, 47th Fl<br>Chicago, IL 60606<br>*Phone:* (312) 870-8027<br>Email: amy.gaylord@akerman.com<br><br>*Attorneys for Defendants Champion Painting Specialty Services Corp., Carlos Hernandez, and Berkshire Hathaway Specialty Insurance Company* |

CAPTION (2:21-CV-00858-MJP) - 3

126127278
60879124;2
60906548;1

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

**IT IS SO ORDERED.**

Dated: November 16, 2021.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

CAPTION (2:21-CV-00858-MJP) - 4

126127278
60879124;2
60906548;1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600