UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHAMPION PAINTING SPECIALTY SERVICES CORP, et al., <br><br> Defendants. | CASE NO. C21-858 MJP <br><br> ORDER DENYING MOTION FOR SUBSTITUTION OF COUNSEL |

This matter comes before the Court on Defendant Old Republic Surety Company's Stipulated Motion for Substitution of Counsel. (Dkt. No. 29.) Having reviewed the Motion, the Court DENIES it without prejudice.

Old Republic seeks to substitute its existing counsel who is admitted to practice before this Court with an attorney who represents several other defendants and who has only been admitted to appear <u>pro hac vice</u>. Under the Local Rules, a party who is represented by an attorney admitted <u>pro hac vice</u> "must also be represented by local counsel." Local Rule

83.1(d)(1). Local counsel is an attorney "with a physical office within the geographic boundaries of the Western District of Washington and be admitted to practice before this court." Local Rule 83.1(d)(2). In order for Old Republic to substitute its existing counsel for counsel appearing pro hac vice, it must also obtain local counsel as required by Local Rule 83.1(d)(1). The Court therefore DENIES the Motion without prejudice and will reconsider a renewed motion that addresses the issues identified in this Order.

The clerk is ordered to provide copies of this order to all counsel.

Dated December 29, 2021.

Marsha J. Pechman
United States Senior District Judge