Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST; BOARD OF TRUSTEES OF THE DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; BOARD OF TRUSTEES OF THE PAINTERS AND ALLIED TRADES LABOR MANAGEMENT COOPERATION INITIATIVE; WESTERN WASHINGTON SIGNATORY PAINTING EMPLOYERS ASSOCIATION; and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 5, | Case No.: 2:21-cv-00858-MJP<br><br>**ORDER APPROVING STIPULATED MOTION FOR SUBSTITUTION OF COUNSEL** |
| Plaintiffs, | |
| v. | |
| CHAMPION PAINTING SPECIALTY SERVICES CORP, a Florida corporation; CARLOS HERNANDEZ, an individual; BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY, a Nebraska corporation; OLD REPUBLIC SURETY COMPANY, a Wisconsin corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; WASHINGTON STATE DEPARTMENT OF TRANSPORTATION, a political | |

ORDER APPROVING STIPULATED
MOTION FOR SUBSTITUTION OF COUNSEL
(2:21-CV-00858-MJP) – PAGE 1

61456648;1

**AKERMAN LLP**
71 South Wacker Drive, 47th Floor
Chicago, Illinois 60640
Telephone: 312-870-8027

subdivision of the State of Washington; ROGNLIN'S, INC., a Washington corporation; DOES & ROES I-X,

   Defendants.

This Court, having reviewed Defendant Old Republic Surety Company's Stipulated Motion for Substitution of Counsel (Dkt. 31) (the "Motion"), finds good cause exists and the Motion is timely.  This Court therefore GRANTS the Motion.

**IT IS SO ORDERED.**

This the 3rd day of January, 2022.

Honorable Marsha J. Pechman
United States Senior District Judge

PRESENTED BY:

By: *s/ Amy M. Gaylord*
**AKERMAN LLP**
Amy M. Gaylord (Admitted *pro hac vice*)

By: *s/ Mary E. DePaolo Haddad*
**FOX ROTHSCHILD LLP**
Mary E. DePaolo Haddad, #30604

By: *s/ Paul Keane Friedrich*
**WILLIAMS KASTNER**
Paul Keane Friedrich, WSBA #43080

*Counsel for Defendant Old Republic Surety Company*

ORDER APPROVING STIPULATED
MOTION FOR SUBSTITUTION OF COUNSEL
(2:21-CV-00858-MJP) – PAGE 2

61456648;1

**AKERMAN LLP**
71 South Wacker Drive, 47th Floor
Chicago, Illinois 60640
Telephone: 312-870-8027