THE HONORABLE MARSHA J. PECHMAN

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

9 | BOARD OF TRUSTEES OF THE
EMPLOYEE PAINTERS' TRUST, *et al.*,

10 | Plaintiffs,

11 | vs.

12 | CHAMPION PAINTING SPECIALTY
13 | SERVICES CORP, a Florida corporation;
CARLOS HERNANDEZ, an individual;
14 | BERKSHIRE HATHAWAY SPECIALTY
INSURANCE COMPANY, a Nebraska
15 | corporation; OLD REPUBLIC SURETY
COMPANY, a Wisconsin corporation;
16 | LIBERTY MUTUAL INSURANCE
COMPANY, a Massachusetts corporation;
17 | WASHINGTON STATE DEPARTMENT OF
TRANSPORTATION, a political subdivision of
18 | the State of Washington; ROGNLIN'S, INC., a
Washington corporation; DOES & ROES I-X,
19 |
20 | Defendants.

CASE NO.: 2:21-cv-00858-MJP

**STIPULATION AND ORDER FOR**
**DISMISSAL, WITH PREJUDICE**

21    Plaintiffs Board of Trustees of the Employee Painters' Trust, *et al.* ("Plaintiffs"), and

22 Defendants Champion Painting Specialty Services Corp, Carlos Hernandez, Old Republic

23 Surety Company, Berkshire Hathaway Specialty Insurance Company, Liberty Mutual Insurance

24 Company, Washington State Department of Transportation, and Rognlin's, Inc. ("Defendants")

25

**STIPULATION AND ORDER FOR**
**DISMISSAL, WITH PREJUDICE**
Case No. 2:21-cv-00858-MJP

Page 1

CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave., Las Vegas, NV 89117
THE URBAN LAW FIRM
720 N. 10th Street, A #389, Renton, WA 98057
(702) 255-1718 /
wes@cjmlv.com / murban@theurbanlawfirm.com
*Counsel for the Plaintiffs*

(Plaintiffs and Defendants are collectively the "Parties"), each acting by and through their undersigned counsel, hereby stipulate and agree as follows:

1) That Plaintiffs and Defendants Champion Painting Specialty Services Corp. and Carlos Hernandez have entered into a written Settlement Agreement effective February 25, 2022 ("Settlement Agreement"), the performance of which will result in the release of all claims asserted in this action;

2) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims asserted in this action shall be and are hereby dismissed with prejudice;

3) That the Court shall retain jurisdiction to enforce the Settlement Agreement; and

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

**STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE**
Case No. 2:21-cv-00858-MJP

CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave., Las Vegas, NV 89117
THE URBAN LAW FIRM
720 N. 10th Street, A #389, Renton, WA 98057
(702) 255-1718 /
wes@cjmlv.com / murban@theurbanlawfirm.com
*Counsel for the Plaintiffs*

1       4)   That each party shall bear its own attorney's fees and costs.

2       DATED this 17th day of March 2022.

3

CHRISTENSEN JAMES & MARTIN
By:___/s/ Wesley J. Smith_____
Wesley J. Smith, WSBA # 51934
7440 W. Sahara Ave.
Las Vegas, NV 89117
(702) 255-1718
wes@cjmlv.com
*Counsel for Plaintiffs Board of Trustees of the*
*Employee Painters' Trust, et al.*

ROBERT W. FERGUSON, Attorney General
By:___/s/ Guy M. Bowman_____
Guy M. Bowman, WSBA #29214
Assistant Attorney General
7141 Cleanwater Dr. SW
Tumwater, WA 98501-6403
(360) 753-4963
Guy.Bowman@atg.wa.gov
*Counsel for Washington State Department of*
*Transportation*

FOX ROTHSCHILD LLP
By:___/s/ Mary D. Haddad_____
Mary DePaolo Haddad, WSBA #30604
1001 4th Ave., Ste. 4500
Seattle, WA 98154
(206) 389-1601
mhaddad@foxrothschild.com
*Counsel for Champion Painting Specialty*
*Services Corp, Carlos Hernandez, Old*
*Republic Surety Company, and Berkshire*
*Hathaway Specialty Insurance Company*

HAGEN & BATES P.S.
By:___/s/ Wayne D. Hagen_____
Wayne D. Hagen, Jr., WSBA #18640
316 East First St.
Aberdeen, WA 98520
(360) 532-6210
wayne@hagenlaw.net
*Counsel for Rognlin's, Inc. and Liberty*
*Mutual Insurance Company*

AKERMAN LLP
By:___/s/ Amy M. Gaylord_____
Amy Moor Gaylord, *Pro Hac Vice*
71 South Wacker Dr., 47th Flr
Chicago, IL 60606
(312) 870-8027
amy.gaylord@akerman.com
*Counsel for Champion Painting Specialty*
*Services Corp, Carlos Hernandez, Old*
*Republic Surety Company, and Berkshire*
*Hathaway Specialty Insurance Company*

IT IS SO ORDERED.

Dated this 18th day of March, 2022.

*[signature]*

Honorable Marsha J. Pechman
United States Senior District Judge

**STIPULATION AND ORDER FOR**
**DISMISSAL, WITH PREJUDICE**
Case No. 2:21-cv-00858-MJP

Page 3

CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave., Las Vegas, NV 89117
THE URBAN LAW FIRM
720 N. 10th Street, A #389, Renton, WA 98057
(702) 255-1718 /
wes@cjmlv.com / murban@theurbanlawfirm.com
*Counsel for the Plaintiffs*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE**
Case No. 2:21-cv-00858-MJP

Page 4

CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave., Las Vegas, NV 89117
THE URBAN LAW FIRM
720 N. 10th Street, A #389, Renton, WA 98057
P. (702) 255-1718
wes@cjmlv.com
murban@theurbanlawfirm.com
*Counsel for the Plaintiffs*